```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )         8:06CV279
                               )
       v.                      )
                               )
DENNIS D. DINNEL,              )         ORDER
                               )
              Defendant.       )
                               )
```

IT IS ORDERED:

Plaintiff's motion for time, filing 14, is granted and the deadline for filing a summary judgment motion is extended to December 1, 2006.

DATED this 1st day of November, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge