IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06CV279 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO EXTEND |
| | ) | PROGRESSION ORDER |
| DENNIS D. DINNEL, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes on for determination upon the Joint Motion of the parties that the Progression Order in the case be extended. The Court, being fully advised in the premises, finds that such an order should issue.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the motion, filing 17, is granted and the Progression Order in this case is extended as follows:

a. The deposition deadline is extended to March 2, 2007, and all progression order deadlines based on the deposition deadline are extended accordingly;

b. The pretrial conference is set for March 16, 2007 at 10:00 a.m. in the chambers of the undersigned, 566 Federal Building and United States Courthouse, Lincoln, Nebraska;

c. Non-jury trial is set to commence, at the court's call, on April 2, 2007 for one day, in Lincoln, Nebraska, before the Honorable Richard G. Kopf, United States District Judge; and

d. All remaining provisions of the court's order setting schedule for progression of case, filing 11, remain in effect.

DATED this 29th day of November, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge